# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC.<br>and ENTIT SOFTWARE LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>WAPP TECH LIMITED PARTNERSHIP and<br>WAPP TECH CORP.,<br><br>      Defendants. | C.A. No. 1:18-cv-01585-RGA |

## DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY

Defendants Wapp Tech LP and Wapp Tech Corp. (collectively, "Wapp") respectfully move the Court to Dismiss, Transfer or Stay the above-captioned case. The grounds for this motion are set forth in Wapp's supporting Opening Brief, filed contemporaneously herewith, and upon the papers, records and pleadings on file with the Court.

Dated: November 27, 2018

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin (DE 4241)
Devlin Law Firm LLC
1306 N. Broom Street, First Floor
Wilmington, DE  19806
(302)-449-9010
tdevlin@devlinlawfirm.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of November, 2018, the foregoing motion was filed with the Clerk of the Court to be served via the Court's ECF system upon counsel of record.

*/s/ Timothy Devlin*
Timothy Devlin