**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEATTLE SPINCO, INC. and ENTIT SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Defendants. | C.A. No. 1:18-cv-01585-RGA |

**DECLARATION OF TIMOTHY DEVLIN IN REGARD TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS, TRANSFER OR STAY**

I, Timothy Devlin declare as follows:

1. I am an attorney at the Devlin Law Firm LLC and counsel of record for Defendants Wapp Tech Limited Partnership and Wapp Tech Corp. I make this declaration in support of Defendants' Opening Brief in Support of its Motion to Dismiss, Transfer or Stay in the above-captioned action.

2. I make this declaration in support of Defendants' Opening Brief in Support of its Motion to Dismiss, Transfer or Stay, such that all Exhibits referenced herein are attached to this declaration and all Exhibits are herewith incorporated into Defendants' Opening Brief in Support of its Motion to Dismiss, Transfer or Stay.

3. Attached as Exhibit 1 is a true and correct copy of *Wapp Tech LP et al. v. Micro Focus Int'l PLC*, 4:18-cv-00469, Motion to Dismiss, Docket No. 12 (E.D. Tex. Oct. 17, 2018).

4. Attached as Exhibit 2 is a true and correct copy of *LoadRunner Software Version 12.60 User Guide*, Micro Focus (Aug. 19, 2018).

5. Attached as Exhibit 3 is a true and correct copy of *LoadRunner Website*, Micro Focus, (last accessed Nov. 26, 2018).

6. Attached as Exhibit 4 is a true and correct copy of emails from LoadRunner Sales and Customer Service Employees.

7. Attached as Exhibit 5 is a true and correct copy of *Working at Micro Focus*, Micro Focus, https://jobs.microfocus.com/ (last visited Oct. 31, 2018).

**I.** Attached as Exhibit 6 is a true and correct copy of *Search our Job Opportunities at Micro Focus*, Micro Focus (last visited Oct. 31, 2018).

8. Attached as Exhibit 7 is a true and correct copy of the *Contact Micro Focus*, Micro Focus, https://www.microfocus.com/about/contact/ (last visited Oct. 31, 2018).

9. Attached as Exhibit 8 is a true and correct copy of the Seattle SpinCo-Micro Focus Merger Prospectus.

10. Attached as Exhibit 9 is a true and correct copy of Archie Roboostoff LinkedIn Profile (last visited Nov. 27, 2018).

11. Attached as Exhibit 10 is a true and correct copy of *Wapp Tech LP et al. v. Micro Focus Int'l PLC*, 4:18-cv-00469, Complaint, Docket No. 1 (E.D. Tex. July 2, 2018).

12. Attached as Exhibit 11 is a true and correct copy of the Micro Focus Int'l PLC, *Interim Results for the Six Months Ended 30 April 2018* (July 11, 2018).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 27th day of November, 2018.

/s/ Timothy Devlin
Timothy Devlin

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on November 27, 2018.

*/s/ Timothy Devlin*
Timothy Devlin