

# LoadRunner

Software Version: 12.60

# User Guide

Go to **HELP CENTER ONLINE**
http://admhelp.microfocus.com/lr/

Document Release Date: August 19, 2018 | Software Release Date: August 2018

## Legal Notices

### Disclaimer

Certain versions of software and/or documents ("Material") accessible here may contain branding from Hewlett-Packard Company (now HP Inc.) and Hewlett Packard Enterprise Company.  As of September 1, 2017, the Material is now offered by Micro Focus, a separately owned and operated company.  Any reference to the HP and Hewlett Packard Enterprise/HPE marks is historical in nature, and the HP and Hewlett Packard Enterprise/HPE marks are the property of their respective owners.

### Warranty

The only warranties for products and services of Micro Focus and its affiliates and licensors ("Micro Focus") are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. Micro Focus shall not be liable for technical or editorial errors or omissions contained herein. The information contained herein is subject to change without notice.

### Restricted Rights Legend

Contains Confidential Information. Except as specifically indicated otherwise, a valid license is required for possession, use or copying. Consistent with FAR 12.211 and 12.212, Commercial Computer Software, Computer Software Documentation, and Technical Data for Commercial Items are licensed to the U.S. Government under vendor's standard commercial license.

### Copyright Notice

© Copyright 1994-2018 Micro Focus or one of its affiliates.

### Trademark Notices

Adobe™ is a trademark of Adobe Systems Incorporated.

Microsoft® and Windows® are U.S. registered trademarks of Microsoft Corporation.

UNIX® is a registered trademark of The Open Group.

Oracle and Java are registered trademarks of Oracle and/or its affiliates.