

LoadRunner
# Load Testing Software

The premium, market leading performance testing solution for project teams.

Free Trial



| Resources | Pricing | Free Trial | Contact Us |



## Supports a wide range of apps

Drastically reduce the amount of time and skill required to simulate user transactions in **load testing software**.



## Continuous testing

Integrate **load testing** into your development tools: IDE, jUnit, nUnit, Jenkins, Selenium and Microsoft Visual Studio. Starting with version 12.55, you can run your JMeter scripts and integrate JMeter with additional script types in any performance test.



## Root cause analytics

Identify performance bottlenecks by using seamless integrated real-time **performance monitors** that leverage application-layer and code-level data for **root cause and analytics**.





ata, and analyze system

With 50+ protocols, you can easily test a huge range



TruClient - TruClient1

Action [O

```
1  (function() {
2      "use strict";
3
4      function actionAction() {
5          // Navigate to "http://advantageonlineshopping.com
6          TCS.browser.navigate({
7              "Location": TCS.argType.JSArg("\"http://advant
8          });
9          // Click on SPEAKERS link
10         TCS.object.tcManaged.sPEAKERSObject.click({
11             "X Coordinate": 81,
12             "Y Coordinate": 45
13         });
14         // Click on image (1) image
15         TCS.object.tcManaged.image1Object.click({
16             "X Coordinate": 100,
17             "Y Coordinate": 99
18         });
19         // Click on WHITE
20         TCS.object.tcManaged.wHITEObject.click({
21             "X Coordinate": 12,
22             "Y Coordinate": 11
23         });
24         // Click on element (1)
25         TCS.object.tcManaged.element1Object.click({
26             "X Coordinate": 10,
27             "Y Coordinate": 13
28         });
29         // Click on element (2)
30         TCS.object.tcManaged.element2Object.click({
31             "X Coordinate": 8,
32             "Y Coordinate": 14
33         });
34     }
35     actionAction();
36
37 })();
```

Run Logic   Actions   Function Libraries

ommendations for optimizing network traffic. With the Client-side Breakdown Report your teams can view statis



| | | |
|---|---|---|
| 9,161 | http://advantageonlineshopping.c | ▬▬▬▬▬▬▬ |
| 825 | http://advantageonlineshopping.c | ▬▬ |
| 1,129 | http://advantageonlineshopping.c | ▬ |
| 1,023 | http://advantageonlineshopping.c | ▬ |
| 688 | http://advantageonlineshopping.c | ▬ |
| 474 | http://advantageonlineshopping.c | ▬ |

The NV (Network Virtualization) Insights report can help you improve the perfo





oblems, and improve defect visibility. We estimate that IT





## Adopt a performance engineering approach for DevOps

According to Gartner, application leaders must reduce technical debt and mitigate application performance risks.

Read Report

Fast and reliable application load testing

**Read Data Sheet ›**

JetBlue Airways reduces testing hardware and maintenance costs by 60%

Read Customer Success Story ›

Announcing the launch of LoadRunner v12.60

Read the Blog ›

`



# 50+

Protocols

# 10K+
Customers

## Related Products, Solutions, and Services

Network Virtualization

Performance mobile testing: Mobile App

Cloud testing: StormRunner Load

Performance monitoring: Application Performance Management

Testing center of excellence: Performance Center

Agentless monitoring: SiteScope

Diagnostics: Software Diagnostics

## Community

All About the Apps Blog

[LoadRunner and Performance Center Blog](#)

[Lifecycle, Management and Planning Community](#)

[LoadRunner on Twitter](#)

[Application Delivery Management Community](#)

[LoadRunner Community](#)

### Discover

[Products](#)

[Partners](#)

[Events & Webinars](#)

[Marketplace](#)

[TechBeacon](#)

### Resources

[Log In](#)

[Resource Library](#)

[Free Trials](#)

[Community](#)

### Company

[About](#)

[Careers](#)

[Contact Us](#)

[Investor Relations](#)

[Corporate Blog](#)

### Legal & Compliance

[Privacy Policy](#)

Terms of Use

Code of Conduct

Accessibility

Anti-Slavery Statement

Global Tax Strategy

 English US

Privacy Statement

Terms of Use

Code of Conduct

© Copyright 2018 Micro Focus or one of its affiliates

