**From:** Brooks, Brianna
**Sent:** Monday, September 24, 2018 12:37 PM
**Subject:** Micro Focus Chat Follow-Up

I appreciate you taking the time to speak with me today. The question's below will help me get you connected with the proper specialist. The specialist will be able to give you more information on the product, view a demo, and give you pricing information. I look forward to working with you and helping find the right solution for your company.

Name:

Company: **I need a company name even if you end up changing it later**

Phone Number:

Company Address:

Email:

The software you are seeking:

- What prompted you to meet with me today?
- What qualities do you look for in LoadRunner?
- Do you currently test performance for these applications? How?
- How do you pinpoint the problem? Is this a big challenge?
- Are you able to simulate a number of different devices and network conditions?
- Would it help if you had CI/CT integrations?
- Do you see value in reusing test scripts between performance and functional tests?
- Do you see value in reusing open source scripts?
- Do you need integration with third party monitoring tools?
- What is your timeline for buying LoadRunner?

- Who else is involved in the purchasing decision?

- What is your role with this project?

- What solution are you currently using?

Thanks,

**Brianna C. Kellum (Brooks)**
Enterprise Business Development
Information Management & Governance - Americas
5400 Legacy Drive, Plano, TX 75024
P: +1.832.502.3441
E:  brianna.brooks@hpe.com
Website: microfocus.com | Twitter: #microfocus

