Work with us, doing what you do best.

Search Jobs +

Category +

Location −

Austin Jobs
Dallas Jobs
Houston Jobs
Plano Jobs

Utah Jobs
Vermont Jobs
Virginia Jobs

Groups +

## Micro Focus Careers

About Us

Working at Micro Focus

Diversity

Graduates and Careers

The Unique Value of Micro Focus

At Micro Focus we provide our customers with a best-in-class portfolio of enterprise-grade scalable software with analytics built in. We put customers at the center of our innovation and build high quality products that our teams can be proud of.

Through our breadth of solutions, we are uniquely positioned to help our customers solve business problems and deliver against the needs and opportunities of Hybrid IT, from mainframe to mobile to cloud. We're a pure-play software company –we have a level of focus that other technology companies don't have, we are designed from the ground up to build, sell and support software.

We also have the strong operational foundation, proven over a combined 40 years of experience, to deliver on our commitments to our customers. Our scale is global—we have the reach and the capabilities to support customers in a global market. With 4,000 employees working on R&D, we can focus on innovating in solving the most complex technology problems for customers.

At its heart, Hybrid IT is about letting customers choose what's right for them, without the need to compromise. Our job is to help them, and to enable that hybrid model to bridge the old and the new to maximize the value of existing investments.

## Sign up for job alerts

Email Address*

Enter email address

Interested In*
Search for a category, location, or category/location pair, select a term from the suggestions and click "Add"

Category

Type to search

Working at Micro Focus | Jobs and Careers at Micro Focus

Location

Type to search

Add +

By submitting your information, you acknowledge that you have read our **privacy policy** and consent to receive email communication from Micro Focus International.

Sign Up

# 482

Jobs currently available at Micro Focus

With just one click and a connection with LinkedIn, you can receive job listings that best match your profile.

Start Matching

Micro Focus Blog ›

[ Search Jobs at SUSE ]

Follow us on: