Search Jobs +

# Results for Plano, TX

Filter

> Territory Sales Rep, Security Software
Plano, Texas
10/31/2018

> IAM Customer Success Manager for Americas
Plano, Texas
10/30/2018

> Marketing Specialist
Plano, Texas
10/27/2018

> Sales Engineer - DevOps
Plano, Texas
10/26/2018

> PR Manager
Plano, Texas
10/26/2018

> Senior Sales Operations Analyst
Plano, Texas
10/25/2018

> Sales Manager, Services
Plano, Texas
10/24/2018

> Associate Account Representative, Strategic Accounts
Plano, Texas
10/10/2018

> Inside Sales Representative, Public Sector - West Territory
Plano, Texas
10/09/2018

> ITOM Presales Director - Americas
Plano, Texas
10/06/2018

> Internal Overlay OEM, Vertica Products
Plano, Texas
09/15/2018

> Associate Account Rep
Plano, Texas
08/01/2018

> Digital Marketing Analyst
Plano, Texas
07/05/2018



# Sign up for job alerts

Email Address*

Enter email address

Interested In*
Search for a category, location, or category/location pair, select a term from the suggestions and click "Add"

Category

Search our Job Opportunities at Microfocus

Type to search

Location

Type to search

Add +

Plano, TX ×

By submitting your information, you acknowledge that you have read our **privacy policy** and consent to receive email communication from Micro Focus International.

Sign Up

# 482

Jobs currently available at Micro Focus

With just one click and a connection with LinkedIn, you can receive job listings that best match your profile.

Start Matching

Micro Focus Blog ›

[ Search Jobs at SUSE ]

Follow us on: