Contact Micro Focus

# Contact Micro Focus

The Lawn 22-30 Old Bath Road

Newbury, Berkshire

RG14 1QN

United Kingdom

Phone: +44-(0)-1635-565-200

Filter

| United States ⌄ |
| --- |

## Alpharetta, GA

900 North Point Parkway

Alpharetta, GA 30005

USA

Sales: +1-877-686-9637

General Tel: +1-801-861-7000

Customer Inquiry ›

# Austin, TX

14231 Tandem Boulevard
Austin, TX 78728
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

# Bellingham, WA

2925 Roeder Avenue
Suite 300
Bellingham, WA 98225
USA
Tel: +1-360-715-1170

# Burlington, MA

30 Corporate Drive
Suite 130
Burlington, MA 01803-4252
USA
Tel: +1-978-341-5300
Fax: +1-978-341-5307

# Cambridge, MA

150 Cambridgepark Drive
Suite 800
Cambridge, MA 02140
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

## Columbus, IN

4020 Goeller Boulevard
Suite D
Columbus, IN 47201-8272
USA

## Costa Mesa, CA

575 Anton Blvd.
Suite 510
Costa Mesa, CA 92626-7666
USA
Tel: +1-714-445-4400
Fax: +1-714-445-4404

## Fort Collins, CO

3420 East Harmony Road
Building 5
Fort Collins CO 80528-9544
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

## Hillsboro, OR

2345 NW Amberbrook Drive
Suite 200
Hillsboro, OR 97006
USA

# Houston, TX

515 Post Oak Boulevard
Suite 1200
Houston, TX 77027
USA
Tel: +1-713-548-1700

# Loveland, OH

424 Wards Corner Road
Suite 100
Loveland, OH 45140
USA

# New York, NY

One Penn Plaza
36th Floor
New York City, NY 10119
USA

# Pittsburgh, PA

One Allegheny Square
Suite 204
Pittsburgh, PA 15212
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

## Plano, TX

5400 Legacy
Plano, TX 75024
USA
Tel: +1-877-686-9637

## Pleasanton, CA

5758 W. Las Positas Blvd
Pleasanton, CA 94588
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

## Provo, UT

1800 S. Novell Place
Provo, UT 84606
USA
Tel: +1-801-861-7000

## Rockville, MD

One Irvington Center
700 King Farm Boulevard
Suite 125
Rockville, MD 20850-5736
USA
Tel: +1-301-838-5000
Fax: +1-301-838-5025

# Santa Clara, CA

5201 Great America Parkway
Suite 320
Santa Clara, CA 95054
USA
Tel: +1-301-838-5000

# Seattle, WA

705 5th Ave South
Suite 1000
Seattle, WA 98104
USA
Tel: +1-206-217-7500

# South Euclid, OH

1415 Argonne Road
Suite B
South Euclid, OH 44121-2920
USA

# Sunnyvale, CA

Moffett Towers Building F,
1140 Enterprise Way
Sunnyvale, CA 94089
USA
Sales: +1-877-686-9637
General Tel: +1-801-861-7000
Customer Inquiry ›

## Troy, MI

50 W. Big Beaver Road
Suite 500
Troy, MI 48084
USA
Tel: +1-248-824-1661
Fax: +1-248-824-1662

## Vienna, VA

8609 Westwood Center Drive
Suite 700
Vienna, VA 22182
USA
Tel: +1-703-663-5500