



   

 







**Second Harvest Food Bank**
2008 – Aug 2016 · 8 yrs

Served a 6 year term as a board member of the bay area's largest food bank. Second Harvest Food Bank is the primary source of donated, surplus, and purchased food for non-profit agencies in Santa Clara and San Mateo Counties. Helped the executive team drive innovations in food/hunger aid, technology usage as well as overall guidance to the team.

**Director of Product Management**
NetManage, Inc.
Jan 2005 – Jun 2008 · 3 yrs 6 mos

Responsible for all NetManage products including:

- Desktop Terminal Emulation (Rumba, ViewNow)
- Server side Host access (OnWeb)... See more

**Director of Engineering**
e1525, Inc.
Jan 2001 – Jan 2005 · 4 yrs 1 mo
San Francisco Bay Area

Co-Founded and managed the development teams to create an ETL server based appliance. Managed the team to create an initial MVP product with 2 small customer wins which grew into multiple enterprise accounts and multiple mature product releases. Technology was mostly server side JAVA based running in a Linux environment. Company was sold to systems integra... See more

**Manager of Infrastructure**
KLA-Tencor
Jan 1999 – Jan 2001 · 2 yrs 1 mo
San Francisco Bay Area

Created and managed a solution tailored for the semiconductor industry using high speed data transfer techniques to ensure chip maker supply chain had limited downtime. Solution linked real time status information from various manufacturing fabs to the producers of the machines. The portal I managed was the gateway to all decision making and dashboard information.... See more

Show 4 more experiences ⌄

## Education

**University of California, Berkeley**
Certificate, Marketing
2010 – 2012

**UC Santa Barbara**
Computer Science
1994 – 1999

**Oakmont High School**
1990 – 1994

## Skills & Endorsements

**Product Management** · 99+

Endorsed by Derek Britton and 6 others who are highly skilled at this

Endorsed by 79 of Archie's colleagues at Micro Focus

**Enterprise Software** · 65



