# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC. and ENTIT SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>    Defendant. | C.A. No. 1:18-cv-01585-RGA<br><br>**JURY TRIAL DEMANDED** |

# DECLARATION OF MARK N. REITER IN SUPPORT OF PLAINTIFFS SEATTLE SPINCO, INC. AND ENTIT SOFTWARE LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY

I, Mark Reiter, hereby declare as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel for plaintiffs Seattle SpinCo, Inc. and EntIT Software LLC ("Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of Texas. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit 1** hereto is a true and correct copy of the Declaration of Philip. D. Horner submitted on behalf of Micro Focus International plc in *Wapp Tech Ltd. v. Micro Focus International plc*, C.A. No. 4:18-cv-00469-ALM (E.D. Tex.), on October 17, 2018.

3. Attached as **Exhibit 2** hereto is a true and correct copy of the Declaration of Sergio Letelier submitted on behalf of Hewlett Packard Enterprise Company in *Wapp Tech Ltd. v. Hewlett Packard Enter. Co.*, C.A. No. 4:18-cv-00468-ALM (E.D. Tex.), on October 17, 2018.

4. Attached as **Exhibit 3** hereto is a true and correct copy of Micro Focus International plc's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to Serve, and Improper Service filed in *Wapp Tech Ltd. v. Micro Focus International plc*, C.A. No. 4:18-cv-00469-ALM (E.D. Tex.), on October 17, 2018.

5. Attached as **Exhibit 4** hereto is a true and correct copy of the complaint filed in *Wapp Tech Ltd. v. Hewlett Packard Enter. Co.*, C.A. No. 4:18-cv-00468-ALM (E.D. Tex.), on July 2, 2018.

6. Attached as **Exhibit 5** hereto is a true and correct copy of the complaint filed in *Wapp Tech Ltd. v. Wells Fargo & Co.*, C.A. No. 4:18-cv-00501-ALM (E.D. Tex.), on July 16, 2018.

7.      Attached as **Exhibit 6** hereto is a true and correct copy of the complaint filed in *Wapp Tech Ltd. v. Bank of Am. Corp.*, C.A. No. 4:18-cv-00519-ALM (E.D. Tex.), on July 20, 2018.

8.      Attached as **Exhibit 7** hereto is a true and correct copy of Hewlett Packard Enterprise Company's Motion to Stay filed in *Wapp Tech Ltd. v. Hewlett Packard Enter. Co.*, C.A. No. 4:18-cv-00468-ALM (E.D. Tex.), on October 17, 2018.

9.      Attached as **Exhibit 8** hereto is a true and correct copy of Wells Fargo & Company's Motion to Stay filed in *Wapp Tech Ltd. v. Wells Fargo & Co.*, C.A. No. 4:18-cv-00501-ALM (E.D. Tex.), on October 17, 2018.

10.     Attached as **Exhibit 9** hereto is a true and correct copy of Bank of America Corporation's Motion to Stay filed in *Wapp Tech Ltd. v. Bank of Am. Corp.*, C.A. No. 4:18-cv-00519-ALM (E.D. Tex.), on October 17, 2018.

11.     Attached as **Exhibit 10** hereto is a true and correct copy of Wapp Tech Limited Partnership and Wapp Tech Corp's Opposition to Micro Focus International plc's Motion to Dismiss filed in *Wapp Tech Ltd. v. Micro Focus International plc*, C.A. No. 4:18-cv-00469-ALM (E.D. Tex.), on November 1, 2018.

12.     Attached as **Exhibit 11** hereto is a true and correct copy of Micro Focus International plc's Reply in support of its Motion to Dismiss filed in *Wapp Tech Ltd. v. Micro Focus International plc*, C.A. No. 4:18-cv-00469-ALM (E.D. Tex.), on November 8, 2018.

13.     Attached as **Exhibit 12** hereto is a true and correct copy of trademark information for "Micro Focus," retrieved from the United States Patent and Trademark Office's Trademark Electronic Search System on November 4, 2018.

14. Attached as **Exhibit 13** hereto is a true and correct copy of the registration information for www.microfocus.com, retrieved from the ICANN WHOIS website on November 7, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2018, in Dallas, Texas.

                                             */s/ Mark N. Reiter*
                                             Mark N. Reiter