IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC. and ENTIT SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Defendant. | C.A. No. 1:18-cv-01585-RGA |

**DECLARATION OF EILEEN EVANS**

I, Eileen Evans, hereby declare as follows:

1. The facts set forth herein are true and correct, and are based on my own personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A and incorporated herein by reference is my Declaration filed on October 17, 2018, in the litigation entitled *Wapp Tech Ltd. P'ship v. Hewlett Packard Enterprise Co.*, Case No. 4:18-cv-00468-ALM, D.I. 13-7 (E.D. Tex) (herein, my "October Declaration").

3. I understand the following products and functionalities are at issue in this litigation: LoadRunner, Performance Center, StormRunner Load, Mobile Center, and Network Virtualization (collectively, the "Accused Software"). As set forth in Paragraph 9 of my October Declaration, the Accused Software is part of a group of software products and functionalities called "Application Testing and Delivery Management" ("ADM").

4. As set forth in Paragraph 9 of my October Declaration, at the time of the Seattle Transaction, EntIT Software LLC ("EntIT Software"), a subsidiary of Seattle SpinCo, Inc. ("Seattle SpinCo") had responsibility for the ADM products and functionalities, including the Accused Software. EntIT Software has retained that responsibility for the Accused Software to this day. Thus, since the Seattle Transaction, the primary research, design, and development responsibilities in the United States for the Accused Software is and has been by EntIT Software. Additionally, since the Seattle Transaction, all or substantially all sales, offers for sale, marketing, maintenance, and customer service for the Accused Software in the United States are and have been by EntIT Software.

5. To the extent the Accused Products are supported in the United States, nearly all of the employees working on research, design, development, sales, offers for sale, marketing,

maintenance, and customer service for the Accused Software are based outside of the Eastern District of Texas.

6. As set forth in my October Declaration, at the time of the Seattle Transaction, Seattle SpinCo and/or one of its subsidiaries designated by Seattle SpinCo assumed any liability with respect to allegations of patent infringement from actions occurring prior and up to the completion of the Seattle Transaction. I have found no record of Seattle SpinCo designating any subsidiaries to assume this liability.

7. Ms. Brianna Brooks is employed by Micro Focus (US), Inc., and is a contractor for EntIT Software. Ms. Brooks is not employed by Micro Focus International plc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2018.

_____
Eileen Evans