# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC. and ENTIT SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>    Defendants. | C.A. No. 1:18-cv-01585-RGA<br><br>REDACTED VERSION - FILED: JAN. 2, 2019 |

**FILED UNDER SEAL – CONTAINS CONFIDENTIAL INFORMATION**

**DECLARATION OF JOHN LOWE IN SUPPORT OF DEFENDANTS' REPLY AS TO THEIR MOTION TO DISMISS, TRANSFER OR STAY**

I, John Lowe declare as follows:

1. I am the President of Wapp Tech Corp., the General Partner of Wapp Tech Limited Partnership. I make this declaration in support of Defendants' Reply as to Their Motion to Dismiss, Transfer or Stay in the above-captioned action.

2. Attached as Exhibit 12 is a

3. Attached as Exhibit 13 is a

4. I understand that the Plaintiffs in the captioned action here – Seattle SpinCo, Inc. and EntIT Software LLC – have alleged that Wapp intentionally filed their Complaint in the Eastern District of Texas against only Micro Focus even though, according to Seattle SpinCo, Inc. and EntIT Software LLC, Wapp knew that the correct parties to name were Seattle SpinCo, Inc. and EntIT Software LLC.

5. This is not true. At the time that Wapp filed suit against Micro Focus, I was the President of Wapp Tech Corp., the General Partner of Wapp Tech Limited Partnership, and Wapp believed that Micro Focus was the proper party to name.

6. Wapp relied upon publicly available statements provided by Micro Focus, including financial disclosures and an official press release published by Micro Focus on September 1, 2017.

7. In the official Micro Focus press release dated September 1, 2017, Micro Focus listed HPE and Micro Focus as the sole and only parties of interest for the strategic merger.

8.      Further, Micro Focus identified two companies in the merger and announced that they had completed a "Merger with HPE Software Business, Creating One of World's Largest Pure-Play Software Companies."

9.      Micro Focus further stated that it had completed "its merger with Hewlett Packard Enterprise's (HPE) software business to create the seventh largest pure-play enterprise software company in the world" and that the merger brings "together two leaders in the software industry to form a new, combined company uniquely positioned to help customers maximize existing software investments and embrace innovation in a world of Hybrid IT."  Micro Focus never once made mention of three companies to form a new, combined company, but rather focused solely on HPE and Micro Focus.

10.     Micro Focus further stated that upon the close of the transaction, "Chris Hsu, formerly COO of HPE and Executive Vice President and General Manager of HPE Software, was appointed CEO of Micro Focus."

11.     Chris Hsu, in a Brightcove Video log (https://players.brightcove.net/5456344257001/H1GplFe6LW_default/index.html?videoId=5556995804001), addressed all customers, partners, shareholders and general public at large that he was now leading Micro Focus and they had officially "completed the spinoff from HPE and merger of HPE Software with Micro Focus."  Mr. Hsu called it a "start of a new chapter" and the merger "brings together two companies with more than 70 years of heritage and leadership in the software industry."  Again, there was no mention of a 'third' company by new CEO Chris Hsu as part of the merger, but only HPE and Micro Focus.

12.     Chris Hsu, the new CEO of Micro Focus, further highlighted that the HPE merger was among a "series of moves by Micro Focus" in the past three years which included, the "Attachmate Group, Serena Software, [and] HPE Software."  Chris Hsu also stated that the

3

merger marked "a significant milestone for Micro Focus," and they were "bringing together a powerful combination of technology and talent uniquely positioned to drive customer-centered innovation at enterprise scale – enabling organizations to maximize the ROI of existing software investments while embracing the new hybrid model for enterprise IT."

13. It was also clear from their own statements that Micro Focus was the new manufacturer of the software products and that "Micro Focus is designed from the ground up to build, sell and support software. With more than 5,800 employees in R&D, the combined company helps solve the most complex technology problems for customers, delivering world-class, enterprise-scale solutions in key areas." In Micro Focus' own words, they were designing, "from the ground up to build, sell and support software." Micro Focus stated that they had "more than 5,800 employees in R&D" and the "combined company helps solve the most complex technology problems for customers, delivering world-class, enterprise-scale solutions in key areas."

14. In addition to the above statements, Kevin Loosemore, the Executive Chairman of Micro Focus, further stated that their "business strategy remains sound: bringing together software assets that deliver a high degree of value to our investors and an expansive solution portfolio to our customers so they can maximize the value of existing IT investments and adopt new technologies – essentially bridging the old and new." As the Executive Chairman of Micro Focus, Mr. Loosemore, along with Chris Hsu's video log noted under Paragraph 11 never once mentioned a third company, but rather named only HPE and Micro Focus.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 21 day of December, 2018.

_____
John Lowe

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on December 26, 2018.

>*/s/ Timothy Devlin*
>Timothy Devlin