# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC. and ENTIT SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Defendants. | C.A. No. 1:18-cv-01585-RGA <br><br><br> REDACTED VERSION - FILED JAN. 2, 2019 |

**FILED UNDER SEAL – CONTAINS CONFIDENTIAL INFORMATION**

**DECLARATION OF DONAVAN PAUL POULIN IN SUPPORT OF DEFENDANTS' REPLY AS TO THEIR MOTION TO DISMISS, TRANSFER OR STAY**

I, Donavan Paul Poulin declare as follows:

1. I am the Vice President of Wapp Tech Corp., the General Partner of Wapp Tech Limited Partnership (which I will collectively refer to as "Wapp" hereafter). I make this declaration in support of Defendants' Reply as to Their Motion to Dismiss, Transfer or Stay in the above-captioned action.

2. Attached as Exhibit 17 is an unredacted version of an email that was sent by Ms. Brianna C. Kellum (Brooks) (which I will refer to as "Ms. Brooks" hereafter) on September 24, 2018.

3. I understand that the Plaintiffs in the captioned action here have alleged that Wapp's attorneys improperly communicated with a Micro Focus employee, Ms. Brooks. This is not true.

4.

5.

6.

7.

,                              .

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 22 day of December, 2018.

_____
Donavan Paul Poulin

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on December 26, 2018.

*/s/ Timothy Devlin*
Timothy Devlin
