

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Davie E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

March 24, 2021

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Seattle SpinCo., Inc, et al. v. Wapp Tech Limited Partnership, et al.,*
           C.A. No. 18-1585-RGA

Dear Judge Andrews:

    I write on behalf of plaintiffs Seattle SpinCo, Inc. and EntIT Software LLC, in response to Your Honor's March 19, 2021 Oral Order [D.I. 50] directing the filing of a status letter. Defendants' counsel has approved this letter.

    This action is a declaratory counterpart to a patent infringement action that defendant Wapp Tech Limited Partnership brought in the United States District Court for the Eastern District of Texas. The Texas action was commenced on July 2, 2018; this action was commenced on October 15, 2018. On March 15, 2019, Your Honor stayed this action [D.I. 39].

    On March 1, 2021, the Texas action was tried to a jury, which returned a verdict in Wapp's favor on March 5, 2021. The parties are now engaged in post-verdict proceedings.

    The parties respectfully request that the Court order another status report in six months.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt/7136483/45495

cc:    Counsel of Record (via electronic mail)