# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEATTLE SPINCO, INC. and<br>ENTIT SOFTWARE LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>WAPP TECH LIMITED PARTNERSHIP<br>and WAPP TECH CORP.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-1585-RGA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Seattle SpinCo, Inc. and EntIT Software LLC, and Defendants Wapp Tech Limited Partnership and Wapp Tech Corp., hereby stipulate and agree that the above action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

SO AGREED AND STIPULATED

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | DEVLIN LAW FIRM LLC |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | By: */s/ Timothy Devlin*<br>Timothy Devlin (#4241)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Tel: (302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Defendants Wapp Tech Limited Partnership and Wapp Tech Corp.* |
| *Attorneys for Plaintiffs Seattle SpinCo, Inc. and EntIT Software LLC* | |

IT IS SO ORDERED, this _____ day of _____ 2021.

_____
U.S.D.J.